E. Schenck, for respondents. No opinion. Order modified, by increasing the amount of the bond to $2,000, and, as modified, affirmed, with $10 costs and disbursements to the appellant.

JOHNSON v. SPRING. (Supreme Court, Appellate Division, Fourth Department. October 4, 1899.) Action by Paul S. Johnson against George H. Spring. No opinion. Motion denied, with $10 costs. See 59 N. Y. Supp. 1107.

KEERY, Respondent, v. STEVENS, Appellant. (Supreme Court, Appellate Division, Third Department. September 27, 1899.) Action by Joseph Keery against Will Stevens. No opinion. Order affirmed, with costs.

KELLMAN, Respondent, v. HARRIS, Appellant. (Supreme Court, Appellate Division, Fourth Department. October 13, 1899.) Action by William Kellman against James A. Harris. No opinion. Judgment and order affirmed, with costs. See 58 N. Y. Supp. 1143.

KENNEDY v. BROOKLYN HEIGHTS R. CO. (Supreme Court, Appellate Division. Second Department. October 17, 1899.) Action by William C. Kennedy against the Brooklyn Heights Railroad Company. No opinion. Order affirmed, on argument, with $10 costs and disbursements, without prejudice to an application to prosecute the action to enforce the attorney's lien.

KESSLER, Respondent, v. CASHIN, Appellant. (Supreme Court, Appellate Division, First Department. October 20, 1899.) Action by Levi L. Kessler against Patrick Cashin. C. A. Deshon, for appellant. S. Strasburger, for respondent. No opinion. Order affirmed, with $10 costs and disbursements, on opinion of RUSSELL, J., in the court below. 59 N. Y. Supp. 888.

KLEINHANS, Respondent, v. LION FIRE INS. CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. October 4, 1899.) Action by Frederick Kleinhans against the Lion Fire Insurance Company. No opinion. Judgment and order affirmed, with costs.

KOETH. Plaintiff, v. KNIGHTS TEMPLARS' & MASONS' LIFE INDEMNITY CO., Defendant. (Supreme Court, Appellate Division, Fourth Department. October 13, 1899.) Action by Christina Koeth against the Knights Templars' & Masons' Life Indemnity Company. No opinion. Defendant's exceptions overruled, and motion denied, with costs, and judgment ordered for the plaintiff on the verdict, with costs. See 55 N. Y. Supp. 768.

LANGIN, Respondent, v. TRUSTEES OF NEW YORK & BROOKLYN BRIDGE. Appellant. (Supreme Court, Appellate Division, Second Department. October 10, 1899.) Action by Bridget Langin, an infant, etc., against the Trustees of the New York & Brooklyn Bridge. PER CURIAM. Judgment reversed, and new trial granted, costs to abide the event, unless the plaintiff, within 20 days, stipulates to reduce the recovery of damages to $3,000, and extra allowance proportionately; and, in case of such stipulation being made, the judgment, as reduced, is unanimously affirmed, without costs to either party.

LAWRENCE, Respondent, v. SAMUELS, Appellant. (City Court of New York, General Term. November 21, 1899.) Action by Lizzie Lawrence against Levi Samuels. From an order requiring certain papers to be delivered and filed, defendant appeals. Affirmed. Nadal, Smyth, Carrere & Trafford, for appellant. Fromme Bros., for respondent.

CONLAN, J. We think the order appealed from sufficiently describes the papers required to be delivered and filed, and that the same was promptly made. Order affirmed, with costs.

McCARTHY, J., concurs.

LAWTON, Appellant, v. OLMSTEAD, Respondent. (Supreme Court, Appellate Division, Third Department. September 19, 1899.) Action by Herbert F. Lawton against John W. Olmstead. No opinion. Motion for leave to go to the court of appeals. Denied. See 58 N. Y. Supp. 36.

LEE, Respondent, v. METROPOLITAN ST. RY. CO., Appellant. (City Court of New York, General Term. November 16, 1899.) Action by Patrick Lee against the Metropolitan Street Railway Company. There was a judgment for plaintiff, and defendant appeals. Affirmed. H. A. Robinson and John T. Little, for appellant. G. H. McAdam and W. O. Miles, for respondent.

FITZSIMONS, C. J. The appellant has argued only the questions of law, consisting of exceptions taken to the admission of evidence upon the trial, and claims that special damages, not alleged, were allowed to be proven. We have carefully examined the record, and find no merit in the exceptions. The complaint seems broad enough to comprehend every item of damage proved to or recovered. The verdict is moderate in amount, and, there being no error, the judgment and order appealed from must be affirmed, with costs.

CONLAN, J., concurs.

In re LEET. (Supreme Court, Appellate Division, Fourth Department. September 20, 1899.) In the matter of the petition of A. H. Leet for an order revoking and canceling liquor tax certificate No. 1, issued to John King. No opinion. Appeal dismissed, without costs.

LEHDE, Respondent, v. CITY OF NEW YORK, Appellant. (Supreme Court, Appellate Division, First Department. November 10, 1899.) Action by Charles W. Lehde against the city of New York. Judgment for plaintiff, and defendant appeals. Reversed. Theodore Connoly and George Landon, for appellant. George H. Rudolph, for respondent.

INGRAHAM, J. This case presents the same question that is answered in the case of Fredrichs v. City of New York (decided herewith) 60 N. Y. Supp. 724. For the reasons stated in that case, the judgment is reversed, and the complaint dismissed, with costs. All concur.